UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

**WYNDHAM VACATION MANAGEMENT, INC., and WYNDHAM VACATION RESORTS, INC.,**

    **Plaintiffs,**

VS.

**PROPERTY RELIEF, LLC, IA VACATIONS, INC., VP TITLE, LLC, C& S RESORT GETAWAY, LLC, ROBERT PICKEL, STACY B. GILLISPIE, AJC RESORT SERVICES, TIMESHARE RELIEF, PACIFIC TRANSFERS, and DAVID MACMILLAN.**

    **Defendants.**

**TIMESHARE RELIEF**

    **Counter-Plaintiff and Third-Party Plaintiff**

VS.

**WYNDHAM VACATION MANAGEMENT, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM WORLDWIDE CORP., and WYNDHAM VACATION OWNERSHIP, INC.**

    **Counter-Defendants and Third-Party Defendants**

==Motion GRANTED for extension to 3/14/14.==

Case No.: 3:13-cv-434

Judge Trauger

**JURY DEMAND**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS UNTIL MARCH 14, 2014, AND PENDING PARTIES' EFFORTS TO MEDIATE CASE**

1