UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| **WYNDHAM VACATION MANAGEMENT, INC.,** and **WYNDHAM VACATION RESORTS, INC.,**<br><br>    **Plaintiffs,**<br><br>VS.<br><br>**PROPERTY RELIEF, LLC, IA VACATIONS, INC., VP TITLE, LLC, C& S RESORT GETAWAY, LLC, ROBERT PICKEL, STACY B. GILLISPIE, AJC RESORT SERVICES, TIMESHARE RELIEF, PACIFIC TRANSFERS,** and **DAVID MACMILLAN.**<br><br>    **Defendants.**<br><br>**TIMESHARE RELIEF**<br><br>    **Counter-Plaintiff and**<br>    **Third-Party Plaintiff**<br><br>VS.<br><br>**WYNDHAM VACATION MANAGEMENT, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM WORLDWIDE CORP.,** and **WYNDHAM VACATION OWNERSHIP, INC.**<br><br>    **Counter-Defendants and**<br>    **Third-Party Defendants** | ==Motion GRANTED for extension to 3/14/14.==<br><br>*[signature]*<br><br>Case No.: 3:13-cv-434<br><br>**Judge Trauger**<br><br><u>**JURY DEMAND**</u> |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS UNTIL MARCH 14, 2014, AND PENDING PARTIES' EFFORTS TO MEDIATE CASE**