UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

---

**WYNDHAM VACATION**
**MANAGEMENT, INC., and**
**WYNDHAM VACATION**
**RESORTS, INC.,**

    **Plaintiffs,**

VS.

**PROPERTY RELIEF, LLC,**
**IA VACATIONS, INC., VP TITLE,**
**LLC, C& S RESORT GETAWAY,**
**LLC, ROBERT PICKEL,**
**STACY B. GILLISPIE,**
**AJC RESORT SERVICES,**
**TIMESHARE RELIEF,**
**PACIFIC TRANSFERS, and**
**DAVID MACMILLAN.**

    **Defendants.**

**TIMESHARE RELIEF**

    Counter-Plaintiff and
    Third-Party Plaintiff

VS.

**WYNDHAM VACATION**
**MANAGEMENT, INC.,**
**WYNDHAM VACATION**
**RESORTS, INC., WYNDHAM**
**WORLDWIDE CORP., and**
**WYNDHAM VACATION**
**OWNERSHIP, INC.**

    Counter-Defendants and
    Third-Party Defendants

Case No.: 3:13-cv-434

Judge Trauger

<u>JURY DEMAND</u>

**Motion GRANTED for extension to 9/25/14.**

*/s/ Judge Trauger*

---

**BY CONSENT OF ALL PARTIES, PLAINTIFFS' MOTION FOR
EXTENSION OF DEADLINE TO FILE STIPULATION OF
DISMISSAL UP TO AND INCLUDING SEPTEMBER 25, 2014**

---