# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION MANAGEMENT, INC. and WYNDHAM VACATION RESORTS, INC., ) ) ) ) Plaintiffs/Counter-Defendants, ) ) v. ) ) PROPERTY RELIEF, LLC, IA VACATIONS, ) INC., VP TITLE, LLC, STACY B. GILLISPIE, ) PACIFIC TRANSFERS, C & S RESORTS ) GETAWAY, LLC, AJC RESORT SERVICES, ) DAVID MACMILLAN, ) WYNDHAM VACATION OWNERSHIP, INC., ) (Third-Party Defendant), ) WYNDHAM WORLDWIDE CORPORATION, ) (Third-Party Defendant) and ) TIMESHARE RELIEF (Counter-Plaintiff and ) Third-Party Plaintiff), ) ) Defendants. ) | Civil No. 3:13-0434 Judge Trauger |

## **O R D E R**

The Plaintiffs' Motion For Case Management Conference (Docket No. 135) is **GRANTED**. A case management conference is scheduled in this case for Thursday, January 22, 2015, at 4:00 p.m. in Judge Trauger's chambers. Lead counsel for all parties shall attend. The parties should work together to come up with a proposed case management order setting new deadlines and file that proposed order three days in advance of the case management conference.

It is so **ORDERED**.

ENTER this 16th day of December 2014.

_____
ALETA A. TRAUGER
U.S. District Judge