UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

WYNDHAM VACATION
RESORTS, INC., and FAIRSHARE
VACATION OWNERS ASSOCIATION,

    Plaintiffs,

VS.

PROPERTY RELIEF, LLC,
IA VACATIONS, INC., VP TITLE,
LLC, C& S RESORT GETAWAY,
LLC, AMERICAN TIMESHARE
CLOSING, STACY B. GILLISPIE,
AJC RESORT SERVICES, TIMESHARE
RELIEF, DONATE TITLE, INC.,
DONATE TIMESHARES, PACIFIC
TRANSFERS, and DAVID MACMILLAN.

    Defendants.

Case No.: 3:13-cv-434

Judge Trauger

**JURY DEMAND**

TIMESHARE RELIEF

    Counter-Plaintiff and
    Third-Party Plaintiff

VS.

WYNDHAM VACATION
MANAGEMENT, INC.,
WYNDHAM VACATION
RESORTS, INC., WYNDHAM
WORLDWIDE CORP., and
WYNDHAM VACATION
OWNERSHIP, INC.

    Counter-Defendants and
    Third-Party Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all remaining parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims, counterclaims and third-party claims asserted by all remaining parties in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

                                        **JUDGE OF THE UNITED STATES DISTRICT COURT**

APPROVED FOR ENTRY:

/s/ R. Douglas Hanson, II
R. Eddie Wayland (6045)
R. Douglas Hanson, II (017387)
Andrew W. Coffman (27160)
King & Ballow
1100 Union St. Plaza
315 Union St.
Nashville TN 37201
615-726-5491
rew@kingballow.com
acoffman@kingballow.com
Counsel for Plaintiffs

DK LAW GROUP

By:/s/
David M. Karen #117883 (admitted *pro hac vice*)
dk@dk4law.com
3155 Old Conejo Road
Thousand Oaks, CA 91320
Tel: (805) 498-1212
Fax: (805) 498-3030

Attorneys for Timeshare Relief, Inc.; Pacific Transfers; AJC Resort Services; David MacMillan

MCKELLAR | HYDE, PLC

By:/s/
Andrea Taylor McKellar BPR ***
Lyndsay Smith Hyde BPR ***
amckeller@kellarhyde.com
lhyde@mckellarhyde.com
411 Broadway, Suite 302
Nashville, TN 37203
Tel: (615) 866-9828
Fax: (615) 866-9863

Attorneys for Timeshare Relief, Inc.; Pacific Transfers; AJC Resort Services; David MacMillan

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by ECF on the following individuals:

Andrea Taylor McKellar
Lyndsay Smith Hyde
MCKELLAR|HYDE, PLC
411 Broadway, Suite 302
Nashville, TN 37203
T: (615) 866-9828
F: (615) 866-9863

Counsel for Defendants,
TimeShare Relief & Pacific Transfers

David Karen
DK Law Group
300 Esplanade Drive, Suite 1180
Oxnard, CA 93036

Counsel for Defendants,
TimeShare Relief & Pacific Transfers

J. Patrick Stapleton (18905)
J. Patrick Stapleton, PC
P. O. Box 4428
Sevierville, TN 37864
(865) 453-9792
pat@jpatrickstapletonlaw.com

Counsel for Defendants,
Property Relief, LLC,
IA Vacations, Inc.,
VP Title, Robert Pickel,
And Stacy B. Gillispie

/s/ R. Douglas Hanson, II
R. Douglas Hanson, II