# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

**WYNDHAM VACATION RESORTS, INC., and FAIRSHARE VACATION OWNERS ASSOCIATION,**

    Plaintiffs,

VS.

**PROPERTY RELIEF, LLC, IA VACATIONS, INC., VP TITLE, LLC, C& S RESORT GETAWAY, LLC, AMERICAN TIMESHARE CLOSING, STACY B. GILLISPIE, AJC RESORT SERVICES, TIMESHARE RELIEF, DONATE TITLE, INC., DONATE TIMESHARES, PACIFIC TRANSFERS, and DAVID MACMILLAN.**

    Defendants.

Case No.: 3:13-cv-434

Judge Trauger

**JURY DEMAND**

**TIMESHARE RELIEF**

    Counter-Plaintiff and Third-Party Plaintiff

VS.

**WYNDHAM VACATION MANAGEMENT, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM WORLDWIDE CORP., and WYNDHAM VACATION OWNERSHIP, INC.**

    Counter-Defendants and Third-Party Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all remaining parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims, counterclaims and third-party claims asserted by all remaining parties in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 8/13/15

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

/s/ R. Douglas Hanson, II
R. Eddie Wayland (6045)
R. Douglas Hanson, II (017387)
Andrew W. Coffman (27160)
King & Ballow
1100 Union St. Plaza
315 Union St.
Nashville TN 37201
615-726-5491
rew@kingballow.com
acoffman@kingballow.com
Counsel for Plaintiffs

DK LAW GROUP

By:/s/
David M. Karen #117883 (admitted *pro hac vice*)
dk@dk4law.com
3155 Old Conejo Road
Thousand Oaks, CA 91320
Tel: (805) 498-1212
Fax: (805) 498-3030

Attorneys for Timeshare Relief, Inc.; Pacific Transfers; AJC Resort Services; David MacMillan

MCKELLAR | HYDE, PLC

By:/s/ w/ approval
Andrea Taylor McKellar BPR ***
Lyndsay Smith Hyde BPR ***
amckeller@kellarhyde.com
lhyde@mckellarhyde.com
411 Broadway, Suite 302
Nashville, TN 37203
Tel: (615) 866-9828
Fax: (615) 866-9863

Attorneys for Timeshare Relief, Inc.; Pacific Transfers; AJC Resort Services; David MacMillan

3